Andrew M. Gold, SBN 146228
Jennifer L. Jonak, SBN 191323
BOGATIN, CORMAN & GOLD
The Rotunda Building
300 Frank H. Ogawa Plaza, Suite 370
Oakland, CA 94612-2001
Telephone: (510) 832-5005; Facsimile: (510) 832-5020

Attorneys for Defendant MDL INFORMATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER CHEMISCHEN WISSENSCHAFTEN, a German nonprofit foundation; and BEILSTEIN GMBH, a German limited liability corporation,<br><br>Plaintiffs,<br>v.<br><br>MDL INFORMATION SYSTEMS, INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Case No. C 04 5368 SI<br><br>STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date: August 5, 2005<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Honorable Susan Illston |

The parties hereto, by and through their undersigned counsel, hereby stipulate as follows:

1. Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, currently set for July 15, 2005 at 9:00 a.m., is hereby continued to August 5, 2005 at 9:00 a.m.; and

2. The Case Management Conference, currently set for for July 15, 2005 at 2:30 p.m., is hereby continued to August 5, 2005 at 2:30 p.m.

Dated: June 29, 2005

BOGATIN, CORMAN & GOLD

_____
Andrew M. Gold
Attorney for Defendant
MDL INFORMATION SYSTEMS, INC.

---
STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE
1

Dated: June 29, 2005

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

_____
Attorneys for Plaintiffs
BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER CHEMISCHEN WISSENSCHAFTEN and BEILSTEIN GMBH



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE