IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEILSTEIN-INSTITUT ZUR FORDERUNG DER CHEMINSCHEN WISSENSCHAFTEN, a German non profit foundation; and BEILSTEIN GMBH, a German limited liability corporation,

    Plaintiffs,

  v.

MDL INFORMATION SYSTEMS, INC., a Delaware corporation, and DOES 1-10,

    Defendants.
_____/

No. C 04-5368 SI

**ORDER GRANTING MOTION TO DISMISS THIRD CLAIM FOR RELIEF**

Now before the Court is defendant's motion to dismiss plaintiff's Third Cause of Action for "Enforcement of German Judgment." The Court finds that plaintiff has failed to state valid cause of action because: 1) plaintiff relies on extrinsic evidence not included in its Second Amended Complaint; 2) Federal Rule of Civil Procedure 65(d) does not give a party the right to enforce injunctions obtained in foreign jurisdictions; and 3) even if MDL Inc. and MDL GmbH are in privity, plaintiff cannot enforce the German injunction against MDL Inc. through res judicata alone.

Therefore, the Court GRANTS defendant's motion to dismiss without leave to amend, but without prejudice to filing a later motion to amend should plaintiff be able to allege claims which are factually and legally sufficient to make out a claim for enforcement of the foreign injunction against MDL Inc.

**IT IS SO ORDERED.**

Dated: August 5, 2005

SUSAN ILLSTON
United States District Judge