IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEILSTEIN-INSTITUT ZUR,

    Plaintiff,

v.

MDL INFORMATION SYSTEMS,

    Defendant.
                                       /

No. C 04-05368 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 4, 2005 at 2:30 p.m..
Counsel ***must*** file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 31, 2006.

DESIGNATION OF EXPERTS:  6/2/06; Rebuttal: 6/30/06.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 31, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by August 11, 2006;

      Opp. Due August 25, 2006;  Reply Due September 1, 2006;

      and set for hearing no later than September 15, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 24, 2006 at 3:30 PM.

JURY TRIAL DATE: November 6, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
none

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/9/05

                                                  SUSAN ILLSTON
                                                  United States District Judge