QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Adrian M. Pruetz (Bar No. 118215)
  Scott B. Kidman (Bar No. 119856)
  John S. Purcell (Bar No. 158969)
  Erica J. Pruetz (Bar No. 227712)
865 So. Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100
Email:       adrianpruetz@quinnemanuel.com
             scottkidman@quinnemanuel.com
             johnpurcell@quinnemanuel.com
             ericapruetz@quinnemanuel.com
Attorneys for Plaintiffs
Beilstein-Institut zur Förderung der Chemischen
Wissenschaften and Beilstein GmbH

BOGATIN, CORMAN & GOLD LLP
  Andrew M. Gold (Bar No. 146228)
  Jennifer L. Jonak (Bar No. 191323)
The Rotunda Building
300 Frank H. Ogawa Plaza, Suite 370
Oakland, California 94612
Telephone:   (510) 832-5005
Facsimile:   (510) 832-5020
Email:       agold@bcgattorneys.com
             jjonak@bcgattorneys.com
Attorneys for Defendant
MDL Information Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER CHEMISCHEN WISSENSCHAFTEN, a German nonprofit foundation; and BEILSTEIN GMBH, a German limited liability corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MDL INFORMATION SYSTEMS, INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | CASE NO. C 04-5368 SI<br><br>STIPULATION RE: EXTEND DATE TO RESPOND TO ANSWER AND COUNTERCLAIM OF DEFENDANT MDL INFORMATION SYSTEMS, INC.<br><br>Judge: Hon. Susan Illston<br>Ctrm: 10, 19th Floor |

1  WHEREAS, on August 15, 2005, defendant MDL Information Systems, Inc., filed
2  its Answer and Counterclaim for: Tortious Interference with Contract; (2) Third Party Beneficiary
3  Breach of Contract; and (3) Unfair Business Practices, Cal. Bus. & Prof. Code § 17200;
4  WHEREAS, the time for plaintiffs Beilstein-Institut zur Förderung der Chemischen
5  Wissenschaften ("Beilstein-Institut") and Beilstein GmbH (collectively, "Beilstein") to respond is
6  currently September 5, 2005;
7  WHEREAS, Beilstein has requested a brief extension to respond;
8  WHEREAS, defendant has agreed to Beilstein's request.
9  IT IS HEREBY STIPULATED AND AGREED, by and between the parties,
10 through their respective counsel of record, that: the time for Beilstein to respond to defendant's
11 Answer and Counterclaim shall be extended an additional 15 days such that Beilstein's response
12 shall be due on September 20, 2005. The parties make this stipulation pursuant to **Local Rule** 6-2.

13
14 DATED: August 30, 2005         QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP
15
16                                By_____
17                                Adrian M. Pruetz
                                  Scott B. Kidman
                                  John S. Purcell
18                                Daryl M. Crone
                                  Erica J. Pruetz
19                                Attorneys for Plaintiffs
                                  Beilstein-Institut zur Förderung der Chemischen
20                                Wissenschaften and Beilstein GmbH
21
22 DATED: August 30, 2005         BOGATIN, CORMAN & GOLD LLP
23
24                                By_____
                                  Andrew M. Gold
25                                Attorneys for Defendant
                                  MDL Information Systems, Inc.
26
27
28

674818v1

1
STIPULATION RE: EXTEND DATE TO RESPOND TO MDL INC'S ANSWER AND COUNTERCLAIM
Case No. C 04-5368 SI

1  IT IS SO ORDERED.

4  DATED: _____



**PROOF OF SERVICE**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

    On August 30, 2005, I served the following document(s) on interested parties in this action described as STIPULATION RE: EXTEND DATE TO RESPOND TO ANSWER AND COUNTERCLAIM OF DEFENDANT MDL INFORMATION SYSTEMS, INC.

BOGATIN, CORMAN & GOLD LLP  
Andrew M. Gold, Esq.  
The Rotunda Building  
300 Frank H. Ogawa Plaza  
Suite 370  
Oakland, CA 94612

X    **(BY MAIL) I caused such envelope to be placed in the firm's mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     **(BY FEDERAL EXPRESS) by placing the document(s) listed above in such envelope for deposit with FEDERAL EXPRESS to be delivered via priority overnight service to the persons at the addresses set forth above.

     **(BY FACSIMILE) I caused such document to be transmitted by facsimile to the offices of the addressee. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

Executed on August 30, 2005, at Los Angeles, California.

    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

KRISTINE L. WALKER                      /s/ Kristine L. Walker  
Type or Print Name                              Signature

02965/676195.1