1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEILSTEIN-INSTITUT ZUR FÖRDERUNG
DER CHEMISCHEN WISSENSCHAFTEN, et
al.,

               Plaintiffs,

  v.

MDL INFORMATION SYSTEMS, et al.,

               Defendants.

_____/

No. C 04-05368 SI

**ORDER DENYING PLAINTIFF'S
MOTION TO DISMISS DEFENDANT'S
THIRD COUNTER-CLAIM**

The motion by plaintiff/counterclaim-defendant Beilstein-Institut zur Forderung der Chemischen Wissenschaften to dismiss defendant/counter-claimant MDL Information Systems, Inc's third counter-claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is denied.

Beilstein argues that MDL's claim under California Business & Professions Code § 17200 fails based on the California Supreme Court's holding in *Cel-Tech Comm., Inc. v. L.A. Cellular Telephone Co.,* 20 Cal. 4th 163 (1999), because MDL did not allege the existence of an "incipient antitrust violation" by Beilstein. Construing all reasonable inferences in MDL's favor, MDL does not allege that Beilstein is a competitor and thus the *Cel-Tech* "incipient antitrust violation" test is not implicated. Beilstein also argues that MDL's prayer for relief is improper in that it seeks damages that are not contemplated by § 17200, which only allows for injunctive relief and restitution. However, MDL does include a prayer for relief specifically requesting that this Court restrain and enjoin Beilstein. MDL's request for injunctive relief is therefore properly pled.

The motion to dismiss is DENIED. [Docket # 50]

**IT IS SO ORDERED.**

Dated: November 14, 2005

_____
SUSAN ILLSTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California