Matthew J. Kemner, No. 188124
James R. Walsh, No. 051764
Garrett Sanderson III, No. 131026
Alexander P. Imberg, No. 195157
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: mkemner@cbmlaw.com
jwalsh@cbmlaw.com
gsanderson@cbmlaw.com
aimberg@cbmlaw.com

Attorneys for Plaintiffs
Beilstein-Institut zur Förderung der Chemischen Wissenschaften and Beilstein GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER CHEMISCHEN WISSENSCHAFTEN, a German nonprofit foundation; and BEILSTEIN GMBH, a German limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MDL INFORMATION SYSTEMS, INC., a Delaware corporation; and DOES 1 - 10,<br><br>Defendants. | No. C 04-5368 SI<br><br>**APPLICATION AND ORDER FOR SUBSTITUTION OF COUNSEL** |

COME NOW Plaintiffs Beilstein-Institut zur Förderung der Chemischen Wissenschaften and Beilstein GmbH and make the following application for substitution of counsel:

CBM-SFSF285546.1

APPLICATION FOR SUBSTITUTION OF ATTORNEY                                          CASE NO. C 04-5368 SI

1  1.) <u>Former legal Representative</u>: Attorneys Adrian M. Pruetz, Scott B. Kidman,
2  Daryl M. Crone, and Erica J. Pruetz, Quinn Emanuel Urquhart Oliver & Hedges, LLP,
3  865 South Figueroa Street, 10th Floor, Los Angeles, CA 90012.
4  2.) <u>New Legal Representative</u>: Attorneys Matthew J. Kemner, James Walsh,
5  Garrett Sanderson, III, and Alexander P. Imberg, Carroll, Burdick & McDonough LLP, 44
6  Montgomery Street, Suite 400, San Francisco, CA 94104, Telephone (415) 989-5900,
7  Facsimile (415) 989-0932, Email: mkemner@cbmlaw.com, jwalsh@cbmlaw.com,
8  gsanderson@cbmlaw.com, aimberg@cbmlaw.com.

I CONSENT TO THIS SUBSTITUTION.
Date: December 9th, 2005
Plaintiff Beilstein-Institut zur Förderung
der Chemischen Wissenschaften
Dr. Martin Hicks

I CONSENT TO THIS SUBSTITUTION.
Date: December 12, 2005
Plaintiff Beilstein GmbH
Erhard Völker

I CONSENT TO THE SUBSTITUTION.
Date: December 13, 2005
Adrian M. Pruetz

I CONSENT TO THE SUBSTITUTION.
Date: December 9, 2005
Matthew J. Kemner

IT IS SO ORDERED.
Date: December ___, 2005
Honorable Judge Susan Illston

CBM-SF\SF285546.1
-2-
APPLICATION FOR SUBSTITUTION OF ATTORNEY                CASE NO. C 04-5368 SI