IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEILSTEIN-INSTITUT ZUR,<br><br>        Plaintiff,<br><br>  v.<br><br>MDL INFORMATION SYSTEMS,<br><br>        Defendant.<br>_____/ | No. C 04-05368 SI<br><br>**SECOND PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 26, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 30, 2006.

DESIGNATION OF EXPERTS: 9/8/06; REBUTTAL: September 29, 2006.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 27, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by November 3, 2006;

    Opp. Due November 17, 2006;  Reply Due November 24, 2006;

    and set for hearing no later than December 8, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 30, 2007 at 3:30 PM.

JURY TRIAL DATE: February 12, 2007 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court extended the mediation deadline to July 28, 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/1/06

                                                              SUSAN ILLSTON
                                                              United States District Judge