```
Andrew M. Gold, SBN 146228
BOGATIN, CORMAN & GOLD
The Rotunda Building
300 Frank H. Ogawa Plaza, Suite 370
Oakland, CA  94612-2001
Telephone:  (510) 832-5005; Facsimile:  (510) 832-5020

Attorneys for Defendant MDL INFORMATION SYSTEMS, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER CHEMISCHEN WISSENSCHAFTEN, a German nonprofit foundation; and BEILSTEIN GMBH, a German limited liability corporation,<br><br>    Plaintiffs,<br> v.<br>MDL INFORMATION SYSTEMS, INC., a Delaware corporation; and DOES 1-10,<br><br>    Defendants. | Case No. C 04 5368 SI<br><br>**[PROPOSED] ORDER CONTINUING TRIAL AND OTHER ASSOCIATED DATES [PURSUANT TO STIPULATION OF THE PARTIES]** |

Pursuant to the Stipulation to Continue Trial and to Limit Deposition Discovery Pending a Ruling in the Second German Arbitration, filed by the parties on July 3, 2006

**IT IS HEREBY ORDERED** that the new trial date and associated dates are as follows:

NON-EXPERT DISCOVERY CUTOFF is __12/15/06__;

DESIGNATION OF EXPERTS: __1/12/07__; REBUTTAL: __1/29/07__;

EXPERT DISCOVERY CUTOFF is __2/28/07__;

MEDIATION TO BE CONDUCTED BY: __9/29/06__;

DISPOSITIVE MOTIONS SHALL BE FILED BY __3/16/07__;

    Opp. Due __3/30/07__; Reply Due __4/6/07__;

    and set for hearing no later than __4/20/07__ at __9:00 a.m.__.

[PROPOSED] ORDER CONTINUING TRIAL AND OTHER ASSOCIATED DATES

1

                         5/29/07                3:30 p.m.

1       PRETRIAL CONFERENCE DATE: _____ at _____.

2       JURY TRIAL DATE: 6/11/07 at 8:30 a.m.

5 Dated: July \_\_, 2006

                                      /s/ Susan Illston
6                                    Honorable Susan Illston
                                   United States District Court Judge

[PROPOSED] ORDER CONTINUING TRIAL AND OTHER ASSOCIATED DATES

2