United States District Court<br>For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEILSTEIN-INSTITUT ZUR FORDERUNG DER CHEMISCHEN WISSENSCHAFTEN, et al.,

          Plaintiffs,

  v.

MDL INFORMATION SYSTEMS, INC.,

          Defendant.
                                       /

No. C 04-05368 SI

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS**

On July 28, 2006, the Court heard argument on defendant's motion to dismiss. Having considered the arguments of counsel and the papers submitted, the Court hereby GRANTS IN PART and DENIES IN PART defendant's motion to dismiss (Docket No. 124).[1]

The Court DENIES defendant's motion as to the following causes of action: tortious interference with contract; copyright infringement; trade secret misappropriation; and violations of the Lanham Act. Because the precise factual bases for plaintiff's remaining causes of action are unclear, the Court GRANTS the remainder of defendant's motion, with leave to amend.[2] If plaintiff chooses to amend its complaint, it must ensure that each cause of action clearly states the specific conduct of defendant that supports that cause of action.

---

[1] The Court also GRANTS plaintiff's unopposed request for judicial notice (Docket No. 145).

[2] Although the Court dismisses plaintiff's cause of action under California Business & Professions Code § 17200, it rejects defendant's argument that plaintiff's § 17200 claim requires allegations of injury to competition. *See* Docket No. 68.
    In addition, the Court agrees with defendant that punitive damages are unavailable for plaintiff's Lanham Act claim. It therefore STRIKES plaintiff's request for punitive damages in connection with its Lanham Act claim.

Defendant's motion to dismiss is GRANTED IN PART (Docket No. 124).  **Plaintiff must file its amended complaint on or before August 17, 2006.  Defendant must respond to the amended complaint by September 6, 2006.  No further amendments will be allowed.**

**IT IS SO ORDERED.**

Dated: July 28, 2006

_____
SUSAN ILLSTON
United States District Judge