```
 1  Andrew M. Gold, SBN 146228
    Jennifer L. Jonak, SBN 191323
 2  BOGATIN, CORMAN & GOLD
    The Rotunda Building
 3  300 Frank H. Ogawa Plaza, Suite 370
    Oakland, CA  94612-2001
 4  Telephone:  (510) 832-5005; Facsimile:  (510) 832-5020

 5  Attorneys for Defendant MDL INFORMATION SYSTEMS, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER CHEMISCHEN WISSENSCHAFTEN, a German nonprofit foundation; and BEILSTEIN GMBH, a German limited liability corporation,<br><br>        Plaintiffs,<br>v.<br><br>MDL INFORMATION SYSTEMS, INC., a Delaware corporation; and DOES 1-10,<br><br>        Defendants. | Case No. C 04 5368 SI<br><br>**STIPULATION AND ORDER SETTING NEW TRIAL DATE** |

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On July 19, 2006, this Court entered an Order Adjusting Trial Schedule ("Order"). Under the Order, the new trial date was set for June 11, 2007.

2. Upon receipt of the Order, lead counsel for defendant advised counsel for plaintiffs that the new trial date would conflict with his son's high school graduation and requested that plaintiffs' counsel agree to a short continuance of the trial date.

3. Plaintiffs' counsel advised defendant's counsel that they would not object to the requested short continuance.

4. In a Joint Case Management Statement filed on July 21, 2006, the parties noted "The new date presents a personal conflict for MDL's counsel, who would like the trial

---

STIPULATION AND ORDER SETTING NEW TRIAL DATE

1

date set on June 18, 2007 or June 25, 2007. Based on the circumstances as explained by MDL's counsel, Plaintiffs' counsel does not object to MDL's counsel's request."

5. Counsel appeared in this Court on July 28th for a hearing on defendant's motion to dismiss plaintiffs' Third Amended Complaint. At the conclusion of the hearing on the motion, counsel and the Court discussed case management issues, including defendant's request for a new trial date. Plaintiffs' counsel confirmed their non-objection to defendant's request, and the Court indicated that it would move the trial date, subject to confirmation of its trial schedule. In addition, the Court noted that the regular courtroom clerk, Tracy Sutton, was away and that, if the new trial date was not reflected in the minute order, counsel should contact Ms. Sutton.

6. On July 31, 2006, the Court issued its Civil Pretrial Minutes following the July 28th appearance. The minutes do not reflect the agreement to continue the trial date, or set forth a new trial date.

7. On August 9th, counsel for defendant spoke to Ms. Sutton. Ms. Sutton recommended that, since neither the Civil Pretrial Minutes nor the notes from the July 28th appearance made any reference to the agreement to continue the trial date, counsel should prepare the present Stipulation and Order Setting New Trial Date. Ms. Sutton also confirmed that June 25, 2007 is presently open on the Court's trial calendar.

Based on the foregoing, ***the Court hereby orders that the trial date in the present action shall be, and hereby is, continued to June 25, 2007***. All other pretrial dates shall remain the same.

Dated: August 15, 2006   BOGATIN, CORMAN & GOLD

                                          ___s/_____
                                          Andrew M. Gold
                                          Attorney for Defendant
                                          MDL INFORMATION SYSTEMS, INC.

1 | Pursuant to General Order 45, section X.B., the electronic filer attests that he has on file
2 | the holograph signature indicated below.

4 | Dated: August 15, 2006          Carroll, Burdick & McDonough, LLP

6 | ___s/_____
  | Attorneys for Plaintiffs
7 | BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER
  | CHEMISCHEN WISSENSCHAFTEN and
8 | BEILSTEIN GMBH

12 | So Ordered:          _____
   |                     Hon. Susan Illston

14 | The pretrial conference will be held on 6/12/07 @ 3:30 p.m.  Please adjust the filing deadlines to accommodate the new hearing date.

_____
STIPULATION AND ORDER SETTING NEW TRIAL DATE
3