Matthew J. Kemner, No. 188124
Garrett Sanderson III, No. 131026
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: mkemner@cbmlaw.com

Attorneys for Plaintiffs
Beilstein-Institut zur Förderung der Chemischen Wissenschaften and Beilstein GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER CHEMISCHEN WISSENSCHAFTEN, a German nonprofit foundation; and BEILSTEIN GMBH, a German limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MDL INFORMATION SYSTEMS, INC., a Delaware corporation; and DOES 1 - 10,<br><br>Defendants. | No. C 04-5368 SI<br><br>**[PROPOSED] ORDER TO SEAL PORTIONS OF FOURTH AMENDED COMPLAINT RELATING TO CAIMED CONFIDENTIAL INFORMATION**<br><br>**FOURTH AMENDED COMPLAINT, DOCKET NO. 164, FILED ON AUGUST 17, 2006**<br><br>Date: None set<br>Time: None set<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Susan Illston<br><br>Complaint Filed: December 20, 2004<br>Trial Date: June 25, 2007 |

Plaintiffs Beilstein Institut zur Förderung der Chemischen Wissenschaften and Beilstein GmbH (collectively, "Beilstein") and Defendant MDL Information Systems Inc. ("MDL") (collectively "the Parties") have stipulated to the removal of Docket No. 164, the currently-filed version of the Fourth Amended Complaint, from the Court's docket; that a redacted version of the Fourth Amended Complaint be filed instead; and that an unredacted version of the Fourth Amended Complaint be filed under seal in compliance with local rules. The Parties have jointly requested the Court on September 15, 2006, to

CBM-SF\SF325383.1

1  seal portions of the Fourth Amended Complaint and upon consideration of the pleading
2  and judicially noticed facts,
3        IT IS HEREBY ORDERED that:
4        1.    Fourth Amended Complaint, Docket No. 164, be removed from the
5  docket to prevent public viewing;
6        2.    Redacted Fourth Amended Complaint, attached as Exhibit A to
7  Stipulation for Sealing Order Relating to Claimed Confidential Information, filed
8  concurrently herewith, be filed and entered into the docket;
9        3.    Beilstein will file under seal—in compliance with applicable local
10 rules—a non-redacted version of the Fourth Amended Complaint; and
11       4.    The operative filing date for all purposes of the redacted Fourth Amended
12 Complaint is August 17, 2006, and this filing of the Fourth Amended Complaint
13 addressed herein will not impact any current hearings related to the Fourth Amended
14 Complaint already on calendar as of the date this order is entered, or any deadlines related
15 to the filing of pleadings related thereto.
16       5.    Nothing set forth herein shall limit the rights of any party to challenge the
17 designations of documents or portions of documents pursuant to the terms of the
18 Protective Order in this case.
19       IT IS SO ORDERED.

Dated:

_____
Hon. Susan Illston
United States District Court Judge
Northern District of California