```
Andrew M. Gold, SBN 146228
Jennifer L. Jonak, SBN 191323
BOGATIN, CORMAN & GOLD
The Rotunda Building
300 Frank H. Ogawa Plaza, Suite 370
Oakland, CA  94612-2001
Telephone: (510) 832-5005; Facsimile: (510) 832-5020
```

Attorneys for Defendant MDL INFORMATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER CHEMISCHEN WISSENSCHAFTEN, a German nonprofit foundation; and BEILSTEIN GMBH, a German limited liability corporation,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>MDL INFORMATION SYSTEMS, INC., a Delaware corporation; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. C 04 5368 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE NON-EXPERT DISCOVERY CUTOFF TO JANUARY 31, 2007** |

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Pursuant to this Court's Order of July 17, 2006, non-expert discovery cutoff in the present matter is December 15, 2006.

2. The parties and counsel have agreed, subject to approval of the Court, to extend the non-expert discovery cutoff to, and including, January 31, 2007.

3. At this time, neither party is requesting modification of any other date.

STIPULATION TO CONTINUE NON-EXPERT DISCOVERY CUT OFF TO JANUARY 31.2007

1

| | | |
|---|---|---|
| 1 | Dated: November 2, 2006 | BOGATIN, CORMAN & GOLD |
| 2 | | |
| 3 | | ___s/_____ |
| 4 | | Andrew M. Gold<br>Attorney for Defendant<br>MDL INFORMATION SYSTEMS, INC. |
| 5 | Dated: November 2, 2006 | CARROLL, BURDICK & McDONOUGH |
| 6 | | |
| 7 | | |
| 8 | | __s/_____<br>Garrett Sanderson III |
| 9 | | Attorney for Plaintiffs<br>BEILSTEIN-INSTITUT ZUR<br>FÖRDERUNG DER CHEMISCHEN |
| 10 | | WISSENSCHAFTEN, and BEILSTEIN<br>GMBH |

Based on the foregoing Stipulation, the Court hereby orders that the non-expert discovery cutoff shall be and hereby is extended to and including January 31, 2007.

So Ordered: _____
Hon. Susan Illston

STIPULATION TO CONTINUE NON-EXPERT DISCOVERY CUT OFF TO JANUARY 31.2007
2