Matthew J. Kemner, No. 188124
Garrett Sanderson III, No. 131026
Troy M. Yoshino, No. 197850
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: mkemner@cbmlaw.com

Attorneys for Plaintiffs
Beilstein-Institut zur Förderung der Chemischen
Wissenschaften and Beilstein GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER CHEMISCHEN WISSENSCHAFTEN, a German nonprofit foundation; and BEILSTEIN GMBH, a German limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MDL INFORMATION SYSTEMS, INC., a Delaware corporation; and DOES 1 - 10,<br><br>Defendants. | No. C 04-5368 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE ALL CURRENT DEADLINES, AND RESET CASE MANAGEMENT CONFERENCE, PURSUANT TO CONDITIONAL SETTLEMENT** |

By and through their attorneys, Plaintiffs Beilstein-Insititut zur Förderung der Chemischen Wissenschaften and Beilstein GmbH, on the one hand, and Defendant MDL Information Systems, Inc. ("MDL, Inc.") enter into the following stipulation, and simultaneously request this Court to order the following:

### I.

Plaintiffs and Defendant entered into a conditional settlement agreement following mediation on 18 – 19 December 2006. In addition to resolving all disputes pending as between Plaintiffs and Defendant in this case, the conditioned settlement, if approved, will

CBM-SF\SF339213.1

1  resolve all European-based disputes between Plaintiffs and MDL, Inc., as well as between
2  Plaintiffs and MDL Information Systems GmbH ("MDL GmbH") including what has
3  previously been referred to in this case as German Arbitration I, German Arbitration II,
4  and the German copyright lawsuit.

## II.

The substance of the referenced conditional settlement agreement is confidential.

## III.

The Court should know, however, that the parties are in agreement on all terms and a written Settlement Agreement was executed on 19 December 2006. The final settlement agreement is currently "conditional" because its effectiveness depends on the fulfillment of certain conditions by nonparties (e.g., governmental agencies), which are expected by the end of February 2007. If approval is granted, certain payments must be made within a specified time shortly thereafter, and the parties would then immediately dismiss with prejudice all claims pending before this Court, as well as those before the applicable arbitration tribunals and courts in Europe.

## IV.

Given the foregoing, and pursuant to the settlement agreement, the parties have agreed to halt all pending litigation activities and make a stipulated request that the following be ordered by this Court:

### A.

All currently-pending deadlines, including but not limited to those regarding discovery motions, motions for summary judgment, pre-trial deadlines, and any deadlines or dates related to the current trial date in this case, shall be vacated at this time.

### B.

The case management conference in this case, currently set for 2 February 2007, shall be continued to 30 March 2007. In the event the settlement agreement has not

CBM-SF\SF339213.1

-2-

STIPULATION RE: TENTATIVE SETTLEMENT NO.     NO. C 04-5368 SI

become effective by that time, the parties will either request a resetting of all applicable deadlines in this case, or a setting of a new case management conference.

Dated: January 5, 2007

Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By: /s/ Matthew J. Kemner
Matthew J. Kemner
Attorneys for Plaintiffs
BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER CHEMISCHEN WISSENSCHAFTEN & BEILSTEIN GmbH

Dated: January 5, 2007

Respectfully submitted,

BOGATIN, CORMAN & GOLD

By: /s/ Andrew M. Gold
Andrew M. Gold
Attorneys for Defendant
MDL INFORMATION SYSTEMS, INC.

Pursuant to General Order 45, Section X.B., I hereby attest that I have on file the holograph signatures for the conformed signatures indicated above in this e-filed document.

/s/ Matthew J. Kemner
Matthew J. Kemner
Attorneys for Plaintiffs
BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER CHEMISCHEN WISSENSCHAFTEN & BEILSTEIN GmbH

IT IS SO ORDERED.

Dated: January ____, 2007

By _____
Hon. Susan Illston
United States District Judge

CBM-SF\SF339213.1

-3-

STIPULATION RE: TENTATIVE SETTLEMENT NO.                NO. C 04-5368 SI