MATTHEW J. KEMNER (State Bar No. 188124)
TROY M. YOSHINO (State Bar No. 197850)
CARROLL, BURDICK & McDONOUGH LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 989-5900
Facsimile: (415) 989-0932
E-mail: mkemner@cbmlaw.com

Attorneys for Plaintiffs & Counter-Defendants
BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER
CHEMISCHEN WISSENSCHAFTEN &
BEILSTEIN GmbH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER CHEMISCHEN WISSENSCHAFTEN, a German Non-Profit Foundation; and BEILSTEIN GmbH, a German Limited Liability Corporation,<br><br>Plaintiffs & Counter-Defendants,<br><br>v.<br><br>MDL INFORMATION SYSTEM, INC., a Delaware Corporation, and DOES 1-10,<br><br>Defendants & Counter-Plaintiffs. | Case No. C 04-5368 SI<br><br>**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTER-CLAIMS**<br><br>**[Fed. R. Civ. P. 41(a)(1)(ii) & (c)]**<br><br>Hon. Susan Illston |

CBM-SF\SF345781.1

## **STIPULATION**

By and through their respective counsel of record, plaintiffs and counter-defendants Beilstein-Institut zur Förderung der Chemischen Wissenschaften and Beilstein GmbH (collectively "Beilstein") on the one hand, and defendant and counter-plaintiff MDL Information Systems, Inc. ("MDL"), stipulate and agree to the following:

1. In this Action, Beilstein has asserted claims against MDL, and MDL has asserted counter-claims against Beilstein.

2. On December 19, 2006, the parties entered into a confidential settlement agreement that, among other things, agreed upon the dismissal with prejudice of all claims and counter-claims asserted in this Action when certain conditions were met (the "Conditions"). The parties agree that the Conditions have now been met.

3. Thus, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) & (c) the parties each stipulate and agree to the mutual dismissal with prejudice of all claims and counter-claims asserted in this Action.

4. The parties stipulate and agree that each side is to bear its own fees, costs, and expenses of litigating this Action, and further stipulate and agree that no party shall be responsible for any other party's fees, costs, or expenses incurred prior to this stipulation for whatever reason.

Dated: February 22, 2007

Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By     /s/ Matthew J. Kemner
    Matthew J. Kemner
    Attorneys for Plaintiffs & Cross-Defendants
    BEILSTEIN-INSTITUT ZUR FÖRDERUNG
    DER CHEMISCHEN WISSENSCHAFTEN &
    BEILSTEIN GmbH

Respectfully submitted,

BOGATIN, CORMAN & GOLD

By     /s/ Andrew M. Gold
    Andrew M. Gold
    Attorneys for Defendant & Cross-Plaintiff
    MDL INFORMATION SYSTEMS, INC.



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CBM-SF\SF345781.1

-2-

Pursuant to General Order 45, Section X.B., I hereby attest that I have on file the signatures for the conformed signatures indicated above in this e-filed document.

/s/ Matthew J. Kemner
_____
Matthew J. Kemner
Attorneys for Plaintiffs
BEILSTEIN-INSTITUT ZUR FÖRDERUNG
DER CHEMISCHEN WISSENSCHAFTEN &
BEILSTEIN GmbH
